

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2019

No. 04-18-00844-CV

**TITLE SOURCE, INC.,** Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.** f/k/a Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

The Verified Motion Requesting Permission for Kalpana Srinivasan to participate Pro Hac Vice is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court